AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

FRANK C. BROWN, JR.,

        Plaintiff,

                                    **JUDGMENT IN A CIVIL CASE**

vs.

                                  **CASE NO.  C2-10-966**

DeCARLO M. BLACKWELL, et al.,     **JUDGE EDMUND A. SARGUS, JR.**

                                  **MAGISTRATE JUDGE TERENCE P. KEMP**

        Defendants.

---

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Opinion and Order filed January 6, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 6, 2011               JAMES BONINI, CLERK

                                  */S/ Andy F. Quisumbing*

                                  (By) Andy F. Quisumbing

                                  Courtroom Deputy Clerk